# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| LAWRENCE SCOTT, an individual,  )<br> ) <br>Plaintiff,  )<br>v.  )<br> )<br>BELTWAY INVESTMENT INC., )<br>a Texas Corporation,  )<br> )<br>Defendant.  )<br>_____) | Case No.:    4:23-cv-4555 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Lawrence Scott, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action with prejudice, with each party to bear its respective fees and costs.

Respectfully Submitted,

By: _/s/ Brian T. Ku_         .
Brian T. Ku
Attorney-in-charge
S.D. TX No. 3424380
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, FL 33029
Tel: (305) 891-1322
Fax: (954) 686-3976
Brian@kumussman.com

and

John K. Grubb
Local Counsel
State Bar No. 08553500
John K. Grubb & Associates
2520 Robinhood St., # 500
Houston, Texas 77005

Tel: (713) 702-1808
jgrubb@grubblegal.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of March 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy of the foregoing has been furnished by electronic mail to:

Barry A. Brown, Esq.
6575 WEST LOOP SOUTH, SUITE 500
Bellaire, Texas 77401
Tel: 713 981 3880
Tebear05@msn.com

By:  */s/ Brian T. Ku*       .
      Brian T. Ku