United States District Court
Southern District of Texas
**ENTERED**
March 29, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAWRENCE SCOTT § | |
| § | |
| VS § | CIVIL ACTION NO. H: 23-4555 |
| § | |
| BELTWAY INVESTMENT, INC. § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal with Prejudice filed on March 21, 2023 (Doc. No. 14), this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED this ___29th___ day of March 2024.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE